IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-577-D

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| LEILUXE, LLC, | ) | **ORDER** |
| | ) | |
| Appellant. | ) | |

For the reasons stated in the Bankruptcy Administrator's motion to strike or dismiss the appeal [D.E. 3], Alicia Dorsey cannot represent LeiLuxe, LLC on appeal. Although Alicia Dorsey contends that she has retained an attorney [D.E. 1], no attorney filed a notice of appearance in this court. Alicia Dorsey cannot represent LeiLuxe, LLC in this court. See, e.g., Rowland v. Cal. Men's Colony, 506 U.S. 194, 201–02 (1993). Thus, the court GRANTS the motion [D.E. 3], STRIKES the notice of appeal [D.E. 1], and DISMISSES the appeal.

SO ORDERED. This 12 day of November, 2024.

JAMES C. DEVER III
United States District Judge